FILED
2024 MAY 1 PM 12:49
CLERK
U.S. DISTRICT COURT

TRINA A. HIGGINS, United States Attorney (#7349)
BRYANT L. WATSON, Assistant United States Attorney (#16980)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES MOA,<br><br>Defendant. | **I N D I C T M E N T**<br><br>VIOLATIONS:<br>Count I:  18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition<br><br>Case: 2:24-cr-00154<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 4/30/2024 |

The Grand Jury Charges:

### COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about September 28, 2023, in the District of Utah,

CHARLES MOA,

the defendant herein, knowing he had previously been convicted of a crime punishable by

imprisonment for a term exceeding one year, knowingly possessed a firearm and

ammunition, to wit: a Sarsilmaz (SAR Arms) SAR 9X, 9mm caliber pistol and associated ammunition, and the firearm and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

### NOTICE OF INTENT TO SEEK FORFETIURE

Under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), and after conviction for any offense violating 18 U.S.C. § 922, the defendant shall forfeit to the United States of America any firearms or ammunition involved in or used in the commission of the offense, including but not limited to:

- Sarsilmaz (SAR Arms) SAR 9X, 9mm caliber pistol, SN: T110220BW5597
- Associated ammunition for the above firearm.

A TRUE BILL:

/S/

FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

BRYANT L. WATSON
Assistant United States Attorney

2